IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL EDWARDS, SR., AND, | § | |
| FELICIA EDWARDS, AS NEXT | § | |
| FRIENDS OF DANIEL EDWARDS, JR. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3:09-CV-0085-N |
| | § | |
| v. | § | |
| | § | |
| GREENHILL SCHOOL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This Order addresses Bobbie Edmonds's motion to withdraw as counsel of record for

the Plaintiffs Daniel Edwards, Sr. and Felicia Edwards, as next friends of Daniel Edwards,

Jr. [23].  Upon consideration of the motion and all relevant pleadings, the Court grants the

motion and provides the Plaintiffs sixty (60) days from the date of this order to find new

counsel.  Accordingly, it extends all unexpired deadlines in its Scheduling Order [4] by sixty

(60) days.  Upon notice of appearance of new counsel or upon the expiration of the sixty

days, the Court will by separate Order reset this action for trial.


        Signed January 29, 2010.


                                            _____
                                                    David C. Godbey
                                            United States District Judge


ORDER – SOLO PAGE