IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL EDWARDS, SR., AND FELICIA EDWARDS, AS NEXT FRIEND(S) OF DANIEL EDWARDS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> GREENHILL SCHOOL, <br><br> Defendant and Cross Plaintiff, <br><br> v. <br><br> DANIEL EDWARDS SR. AND FELICIA EDWARDS, INDIVIDUALLY, <br><br> Cross Defendants. | CIVIL ACTION NO. 3:09-cv-00085-N |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Defendant Greenhill School's Cross Claim in the above-entitled case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

**STIPULATION OF DISMISSAL**

1

DATE: ~~April~~ May 4, 2010

Respectfully submitted,

By: [signature]

Robert B. Krakow
State Bar No. 11702000
Rkrakow@gibsondunn.com
Akita N. St. Clair
District of Columbia Bar No. 489446
AStClair@gibsondunn.com
John Franklin Guild
State Bar No. 24041022
jguild@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201

Telephone: (214) 698-3100
Facsimile: (214) 571-2900

**ATTORNEYS FOR DEFENDANT GREENHILL SCHOOL**

[signature: Daniel Edwards Sr.]

Daniel Edwards, Sr., individually and as Next Friend of Daniel Edwards, Jr.
1412 Amazon Drive
Plano, TX 75075
Telephone: (972) 422-7920

[signature: Felicia Edwards]

Felicia Edwards, individually and as Next Friend of Daniel Edwards, Jr.
1412 Amazon Drive
Plano, TX 75075
Telephone: (972) 422-7920

**CROSS-DEFENDANTS**