IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DANIEL EDWARDS, SR., AND FELICIA
EDWARDS, AS NEXT FRIEND(S) OF
DANIEL EDWARDS, JR.,

        Plaintiffs,

    v.

GREENHILL SCHOOL,

        Defendant and Cross Plaintiff,

    v.

DANIEL EDWARDS SR. AND FELICIA
EDWARDS, INDIVIDUALLY,

        Cross Defendants.

CIVIL ACTION NO. 3:09-cv-00085-N

**PLAINTIFFS' NOTICE OF CONSENT TO DEFENDANT GREENHILL'S
MOTION TO DISMISS**

    Plaintiffs Daniel Edwards, Sr. and Felicia Edwards, individually and as next friends of

Daniel Edwards, Jr., hereby notify the Court that they consent to Defendant Greenhill School's

motion to dismiss filed on March 31, 2010.  Mr. and Mrs. Edwards have not attempted to locate

new counsel and do not wish to pursue this matter further.

**PLAINTIFFS' NOTICE OF AGREEMENT TO DEFENDANT GREENHILL'S MOTION TO DISMISS**

1

DATE: ~~April ____, 2010~~   May 4, 2010

Respectfully submitted,

Daniel Edwards Sr.

Daniel Edwards, Sr., individually and as Next
Friend of Daniel Edwards, Jr.
1412 Amazon Drive
Plano, TX 75075
Telephone: (972) 422-7920

Felicia Edwards

Felicia Edwards, individually and as Next Friend
of Daniel Edwards, Jr.
1412 Amazon Drive
Plano, TX 75075
Telephone: (972) 422-7920

**PLAINTIFFS**

**PLAINTIFFS' NOTICE OF AGREEMENT TO DEFENDANT GREENHILL'S MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by ~~first class mail~~ e·mail on this 4 day of ~~April~~ May 2010, as follows:

Robert B. Krakow
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201

*Daniel Edwards Sr.*

**PLAINTIFFS' NOTICE OF AGREEMENT TO DEFENDANT GREENHILL'S MOTION TO DISMISS**